## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES | * |
| | * |
| v. | *     CRIM. NO. 20-662 |
| | * |
| KEVIN CHERRY | * |

\*\*\*\*\*

## ORDER REGARDING USE OF VIDEO CONFERENCING/TELECONFERENCING
## FOR FELONY PLEAS AND/OR SENTENCINGS

In accordance with Standing Order 2020-06, this Court finds:

[X] That the Defendant (or the Juvenile) has consented to the use of video teleconferencing/teleconferencing to conduct the proceeding(s) held today, after consultation with counsel; and

[X] That the proceeding(s) to be held today cannot be further delayed without serious harm to the interests of justice, for the following specific reasons:

1. COVID-19 Pandemic; 2. Inability to conduct in-person hearing for indefinite period; 3. Consent of defendant.

Accordingly, the proceeding(s) held on this date may be conducted by:

[X]   Video Teleconferencing

[ ]   Teleconferencing, because video teleconferencing is not reasonably available for the following reason:

    [ ]   The Defendant (or the Juvenile) is detained at a facility lacking video teleconferencing capability.

    [ ]   Other:

Date: December 7, 2020

s/Susan D. Wigenton
Hon. Susan D. Wigenton
United States District Judge